JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GBT TECHNOLOGIES, INC. fka GOPHER PROTOCOL, INC., a Nevada Corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>ILEGENIA SAPA aka EVGENIA SAPA aka LEVGENIA SAPA, an individual; DOES I through V, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>　　　　　　　　Defendants. | Case Number:<br>2:22-cv-01817-MWF-KSx<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　The Court, having considered the parties' Stipulation for Dismissal with Prejudice, and good cause appearing therefore,

　　　IT IS HEREBY ORDERED that the Stipulation for Dismissal with Prejudice is GRANTED.

　　　IT IS FURTHER ORDERED THAT the above-captioned action be dismissed with prejudice, and with each party to bear its/her own attorneys' fees and costs. All deadlines and dates are VACATED.

　　　IT IS SO ORDERED.

Dated: May 18, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge